FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

MAR - 2 2011

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>Lambert, Jason Patrick<br><br>　　　　　　Defendant. | Case No.: SACR 10-211 RNB<br><br>ORDER OF DETENTION AFTER HEARING<br>[Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |

　　The defendant having ~~been arrested in this District~~ appeared before the Court pursuant to a ~~warrant issued~~ notice to appear ~~by the United States District Court for the~~ _____, for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

　　The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

　　The Court finds that:

A.　　(X) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on __his ongoing substance abuse ~~and~~ problem and his failure to comply with supervision conditions__

and/or

B.  (X) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on _his ongoing substance abuse problem_

IT THEREFORE IS ORDERED that the defendant be detained pending further revocation proceedings.

DATED: 3/2/11

ROBERT N. BLOCK
UNITED STATES MAGISTRATE JUDGE