1
2
3   FILED-SOUTHERN DIVISION
    CLERK, U.S. DISTRICT COURT
4
    AUG 2 2 2011
5
6   CENTRAL DISTRICT OF CALIFORNIA
    BY ___ DEPUTY
7
8   # UNITED STATES DISTRICT COURT
9   # CENTRAL DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,           )   Case No.: SACR10-211
12              Plaintiff,              )   ORDER OF DETENTION AFTER
                                        )   HEARING
13          vs.                         )   [Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C.
                                        )   § 3143(a)]
14  Lambert, Jason Patrick              )
15              Defendant.              )
16
17      The defendant having been arrested in this District pursuant to a warrant issued
18  by the United States District Court for the ___CD  CA_____,
19  for alleged violation(s) of the terms and conditions of his/her [probation] [supervised
20  release]; and
21      The Court having conducted a detention hearing pursuant to Federal Rule of
22  Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),
23      The Court finds that:
24  A.  (X) The defendant has not met his/her burden of establishing by clear and
25      convincing evidence that he/she is not likely to flee if released under 18 U.S.C. §
26      3142(b) or (c). This finding is based on _his repeated Conduct in violating_
27      _Conditions of supervision; Substance_
28      _abuse history_

1
2
3        and/or
4  B.    (X) The defendant has not met his/her burden of establishing by clear and
5        convincing evidence that he/she is not likely to pose a danger to the safety of any
6        other person or the community if released under 18 U.S.C. § 3142(b) or (c). This
7        finding is based on _____Substance abuse history_____
8
9
10
11
12
13       IT THEREFORE IS ORDERED that the defendant be detained pending further
14  revocation proceedings.
15
16  DATED: ___8/22/11___
17                                          _____
                                            ROBERT N. BLOCK
                                            UNITED STATES MAGISTRATE JUDGE